UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 20-cr-00255-BRM |
| | : | |
| v. | : | |
| | : | |
| ANGELO RODRIGUEZ | : | **SUBSTITUTION OF ATTORNEY** |
| *also known as* | : | |
| Angelo Pawlovski | : | |
| | : | |

PLEASE TAKE NOTICE that Rachael A. Honig, Acting United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to DeNae M. Thomas, Assistant U.S. Attorney (denae.thomas@usdoj.gov), in substitution for Jonathan W. Romankow, Assistant U.S. Attorney, who previously appeared in this matter.

                                                          RACHAEL A. HONIG
                                                          Acting United States Attorney

                                                          *s/ DeNae M. Thomas*

                                                          By: DeNae M. Thomas
                                                          Assistant U.S. Attorney

Dated:      June 14, 2021